Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>STEVEN A. BOLDEN,<br>　　　　　Defendant. | NO.  CR13-0201RSM<br><br>GOVERNMENT'S RESPONSE TO CONTINUE TRIAL |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and David Reese Jennings, Assistant United States Attorney for said District, hereby files the following response to Defendant's Motion to Continue Trial and Other Dates [docket number 24]. The government does not object to a continuance of the trial date in this matter because of the large amount of discovery and the complex nature of the case.

DATED this 20th day of August, 2013.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JENNY A. DURKAN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/David Reese Jennings*
　　　　　　　　　　　　　　　　　　DAVID REESE JENNINGS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　1201 Pacific Avenue, Suite 700
　　　　　　　　　　　　　　　　　　Tacoma, Washington 98402
　　　　　　　　　　　　　　　　　　E-mail: David.R.Jennings@usdoj.gov

Response to Motion to Continue/Bolden
CR13-0201RSM- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013 August 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

/s/Kelly M. Shirkey
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

Response to Motion to Continue/Bolden
CR13-0201RSM- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800