Magistrate Judge Donohue

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-0201RSM |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA |
| STEVEN ALEXANDER BOLDEN, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the Superseding Information. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 3rd day of January, 2014.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

NOTICE

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

Report and Recommendation/Bolden
CR13-0201RSM - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800