The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ALEXANDER BOLDEN,<br><br>Defendant. | CASE NO. 13-CR-201-RSM<br><br>**ORDER CONCERNING EXTENDING THE BRIEFING SCHEDULE** |

 Having considered the parties' Stipulation Concerning Briefing Schedule, the Court ORDERS:

1. Counsel for Mr. Bolden will file any amended or substitute motion on or before June 12, 2020;

2. The United States shall file a response to the motion on or before June 19, 2020.

3. Any reply brief will be filed on or before June 24, 2020 and the matter noted for that date.

//
//

Stipulation Regarding Briefing Schedule
*United States v. Bolden,* 13-CR-201-RSM - 1

UNITED STATES ATTORNEY<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WASHINGTON 98101<br>(206) 553-7970

DATED this 29th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ David Jennings*
DAVID JENNINGS
Assistant United States Attorney

*/s/ Jennifer Wellman*
JENNIFER WELLMAN
Assistant Federal Public Defender
Attorney for Steven Alexander Bolden

Stipulation Regarding Briefing Schedule
*United States v. Bolden,* 13-CR-201-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970