THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-201-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE SUBSTITUTE MOTION |
| STEVEN ALEXANDER BOLDEN, | |
| Defendant. | |

THE COURT, having considered the stipulated motion to extend the deadline for the defendant to file his substitute motion, GRANTS the motion.

IT IS ORDERED that the deadline for the defendant to file his substitute motion is extended from June 12, 2020, to June 22, 2020.

IT IS FURHER ORDERED that the deadline for the government to file a response is extended to June 29, 2020;

FURTHERMORE, IT IS ORDERED that the deadline for filing a reply brief, if any, is extended to July 3, 2020. The Clerk of Court is directed to note the motion for consideration July 3, 2020.

//
//
/

ORDER GRANTING EXTENSION OF DEADLINE FOR FILING SUBSTITUE MOTION  - 1
(*US v. Steven Bolden*; CR13-201RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   DONE this 12th day of June, 2020.

4
5   _____
    RICARDO S. MARTINEZ
6   UNITED STATES DISTRICT JUDGE

11  Presented by:

12  s/ *Jennifer E. Wellman*
13  Assistant Federal Public Defender
    Attorney for Steven Bolden

15  s/ *Helen J. Brunner*
    Assistant United States Attorney

ORDER GRANTING EXTENSION OF
DEADLINE FOR FILING SUBSTITUE
MOTION   - 2
(*US v. Steven Bolden*; CR13-201RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**