THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-201-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE SUBSTITUTE MOTION |
| STEVEN ALEXANDER BOLDEN, | |
| Defendant. | |

THE COURT, having considered the stipulated motion to extend the deadline for the defendant to file his substitute motion, GRANTS the motion.

IT IS ORDERED that the deadline for the defendant to file his substitute motion is extended from June 22, 2020 to June 26, 2020.

IT IS FURHER ORDERED that the deadline for the government to file a response is extended to July 6, 2020;

FURTHERMORE, IT IS ORDERED that the deadline for filing a reply brief, if any, is extended to July 10, 2020. The Clerk of Court is directed to note the motion for consideration July 10, 2020.

//

//

/

ORDER GRANTING EXTENSION OF
DEADLINE FOR FILING SUBSTITUE
MOTION    - 1
(*US v. Steven Bolden*; CR13-201RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DONE this 22nd day of June, 2020.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Steven Bolden

s/ *Helen J. Brunner*
Assistant United States Attorney

ORDER GRANTING EXTENSION OF DEADLINE FOR FILING SUBSTITUE MOTION - 2
(*US v. Steven Bolden*; CR13-201RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**