THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-201-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY BRIEF |
| STEVEN ALEXANDER BOLDEN, | |
| Defendant. | |

THE COURT, having considered the stipulated motion to extend the deadline for the defendant to file his reply brief, GRANTS the motion.

IT IS ORDERED that the deadline for the defendant to file his reply brief is extended from July 17, 2020 to July 22, 2020. The Clerk of Court is directed to note the motion for consideration July 22, 2020.

DONE this 17th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Steven Bolden

ORDER GRANTING EXTENSION
OF DEADLINE TO FILE REPLY BRIEF   - 1
(*US v. Steven Bolden*; CR13-201RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100