THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-201-RSM |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO FILE OVERLENGTH REPLY BRIEF |
| v. | |
| STEVEN ALEXANDER BOLDEN, | |
| Defendant. | |

This matter comes before the Court on the unopposed motion by the defendant to file an over-length reply brief to the government's response to Mr. Bolden's motion for compassionate release. Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Leave of the Court is hereby granted for Mr. Bolden to file a reply brief that exceeds the six-page limit.

IT IS SO ORDERED.

DONE this 22nd day of July, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer Wellman*
Assistant Federal Public Defender
Attorneys for Steven Bolden

ORDER FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF
(*Steven Bolden;* CR13-201RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100