THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR13-201-RSM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO FILE OVERLENGTH SECOND COMPASSIONATE RELEASE MOTION |
| STEVEN ALEXANDER BOLDEN, | ) |
| Defendant. | ) |

This matter comes before the Court on the motion by the defendant to file an overlength second compassionate release motion. Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Leave of the Court is hereby granted for Mr. Bolden to file a second compassionate release motion that exceeds the 12-page limit.

IT IS SO ORDERED.

DONE this 13th day of July 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer Wellman*
Assistant Federal Public Defender
Attorney for Steven Bolden

ORDER GRANTING LEAVE TO FILE OVERLENGTH
SECOND COMPASSIONATE RELEASE MOTION
(*Steven Bolden;* CR13-201RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100