The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>v.<br><br>STEVEN ALEXANDER BOLDEN, Defendant. | NO. CR13-201 RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION REGARDING BRIEFING SCHEDULE** |

This Court, having reviewed the United States' unopposed motion proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion should be filed on or before July 21, 2021; and

b. Any reply should then be filed on or before July 28, 2021; and

c. The matter noted for July 30, 2021.

DATED this 16th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Bolden,* CR13-201 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970