The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STEVEN ALEXANDER BOLDEN,<br><br>Defendant. | NO.  13-CR-201-RSM<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states:  IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant Steven Alexander Bolden's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed 18 pages in length.

DATED this 23rd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Teal Luthy Miller
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
United States v. Bolden, 13-CR-201-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970